**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02101-REB-MJW

LINDA WRAY,

    Plaintiff

v.

ALPINE EAR, NOSE & THROAT, PC.

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Motion To Dismiss With Prejudice** [#10], filed January 30, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss With Prejudice** [#10], filed January 30, 2007, is **GRANTED**; and

2. That this action **IS DISMISSED WITH PREJUDICE**.

Dated January 30, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn
                                            United States District Judge**